UNITED STATES PRETRIAL SERVICES AGENCY
Eastern District of New York

# MEMORANDUM

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 12 2012 ★
LONG ISLAND OFFICE

**DATE:** October 9, 2012

**TO:** Honorable Joseph F. Bianco
United States District Judge

**RE:** Taylor, Teresa
Docket No.: 12CR242

Request for Modification of Release Conditions

---

Reference is made to the above-named defendant, who appeared before Your Honor on April 12, 2012 and pleaded guilty to an information, charging her with Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base, in violation of 21, USC, 846. At that time, the defendant was continued on bond and is to be sentenced on October 29, 2012 at 1:30 p.m.

We are now bringing the defendant to Your Honor's attention, as on September 17, 2012, she reported to Pretrial Services, denied the use of drugs and consented to a voluntary urine test which was confirmed positive for marihuana.

To date, the defendant has otherwise complied with all conditions of pretrial release. She is gainfully employed as a hostess at the Best Western motel, reports to Pretrial Services as directed and previously tested negative for drug usage on February 12, 2012 and May 15, 2012.

As such, based on the defendant's drug history, we are requesting that Your Honor add a condition of pretrial release, calling for random drug testing and treatment. The defendant previously completed inpatient treatment and will now be referred for outpatient therapy.

Prepared by: _____
Arthur E. Bobyak, Sr.
U.S. Pretrial Services Officer

Approved by: _____
Patrick L. Mancini
Supervising Pretrial Services Officer

RE: Taylor, Teresa
Docket No.: 12CR242

IT IS THE ORDER OF THE COURT THAT:

- [x] The defendant's conditions of release be modified to include random drug testing and treatment.

- [ ] No action with regard to the defendant's condition of release is to take place at this time.

- [ ] Other: _____

SO ORDERED,

_____
Honorable Joseph F. Bianco
U.S. District Judge

10/12/12
Date

cc: Allen Bode, AUSA
    Randi Chavis, Defense Counsel